CLOSED, CONSOL, JURY, LED1, PATENT/TRADEMARK

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Tyler)
# CIVIL DOCKET FOR CASE #: 6:12−cv−00166−LED

IPVX Patent Holdings, Inc. v. ADTRAN, Inc.  
Assigned to: Judge Leonard Davis  
Lead case: 6:11−cv−00480−LED  
Member cases:  
  6:11−cv−00556−LED  
  6:11−cv−00564−LED  
  6:11−cv−00565−LED  
  6:11−cv−00577−LED  
  6:11−cv−00587−LED  
  6:11−cv−00592−LED  
  6:11−cv−00595−LED  
  6:12−cv−00166−LED  
  6:12−cv−00172−LED  
  6:12−cv−00173−LED  
  6:12−cv−00175−LED  
  6:12−cv−00176−LED  
  6:12−cv−00181−LED  
  6:12−cv−00182−LED  
Related Cases:  6:11−cv−00231−LED  
                6:11−cv−00480−LED  
                6:11−cv−00556−LED  
                6:11−cv−00564−LED  
                6:11−cv−00565−LED  
                6:11−cv−00568−LED  
                6:11−cv−00570−LED  
                6:11−cv−00575−LED  
                6:11−cv−00577−LED  
                6:11−cv−00578−LED  
                6:11−cv−00582−LED  
                6:11−cv−00584−LED  
                6:11−cv−00585−LED  
                6:11−cv−00587−LED  
                6:11−cv−00592−LED  
                6:11−cv−00593−LED  
                6:11−cv−00594−LED  
                6:11−cv−00595−LED  
                6:12−cv−00161−LED  
                6:12−cv−00162−LED  
                6:12−cv−00168−LED  

Date Filed: 03/19/2012  
Date Terminated: 04/11/2013  
Jury Demand: Plaintiff  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question

6:12–cv–00171–LED
6:12–cv–00184–LED
6:12–cv–00172–LED
6:12–cv–00173–LED
6:12–cv–00175–LED
6:12–cv–00176–LED
6:12–cv–00181–LED
6:12–cv–00182–LED

Cause: 15:1126 Patent Infringement

**Plaintiff**

**IPVX Patent Holdings, Inc.**
*also known as*
Klausner Technologies, Inc.

represented by **Daymon Jeffrey Rambin**
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647
903–233–4830
Fax: 903–236–8787
Email: jrambin@capshawlaw.com
*TERMINATED: 04/10/2013*

**Elizabeth L DeRieux**
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647
(903) 233–4816
Fax: (903) 236–8787
Email: ederieux@capshawlaw.com
*TERMINATED: 04/10/2013*

**Pierre R Yanney**
Stroock &Stroock &Lavan, LLP
180 Maiden Lane
New York, NY 10038
212/806–5858
Fax: 212/806–7858
Email: pyanney@stroock.com
*ATTORNEY TO BE NOTICED*

**Sidney Calvin Capshaw , III**
Capshaw DeRieux LLP
114 E Commerce Avenue
Gladewater, TX 75647
903/233–4826
Fax: 903–236–8787
Email: ccapshaw@capshawlaw.com
*TERMINATED: 04/10/2013*

**William Joseph Seymour**
Lando &Anastasi LLP
One Main Street
11th Floor
Cambridge, MA 02142
617–395–7063

Fax: 1−617−395−7070
Email: wseymour@LALaw.com
*TERMINATED: 09/17/2012*

V.

**Defendant**

ADTRAN, Inc.                    represented by   **Angela Holt**
Bradley Arant Rose &White − Huntsville AL
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801
256/517−5170
Fax: 256/517−5200
Email: aholt@babc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah J Race**
Ireland Carroll &Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561−1600
Email: drace@icklaw.com
*ATTORNEY TO BE NOTICED*

**Frank M Caprio**
Bradley Arant Boult Cummings LLP −
Huntsville AL
200 Clinton Avenue West
Suite 900
Huntsville, AL 35801
256/517−5142
Fax: 256/517−5242
Email: fcaprio@babc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Otis W Carroll , Jr**
Ireland Carroll &Kelley
6101 S Broadway
Suite 500
Tyler, TX 75703
903/561−1600
Fax: 9035811071
Email: nancy@icklaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2012 | Ï 1 | COMPLAINT *for Patent Infringement* against ADTRAN, Inc. ( Filing fee $ 350 receipt number |

| | | |
|---|---|---|
| | | 0540–3500373.), filed by Klausner Technologies, Inc.. (Attachments: <br># 1 Exhibit A – '576 Patent, <br># 2 Civil Cover Sheet)(Capshaw, Sidney) (Entered: 03/19/2012) |
| 03/19/2012 | Ï 2 | CORPORATE DISCLOSURE STATEMENT filed by Klausner Technologies, Inc. (Capshaw, Sidney) (Entered: 03/19/2012) |
| 03/19/2012 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 mailed to the Director of the U.S. Patent and Trademark Office. (Capshaw, Sidney) (Entered: 03/19/2012) |
| 03/19/2012 | Ï | Judge Leonard Davis added. (mll, ) (Entered: 03/20/2012) |
| 03/21/2012 | Ï 4 | SUMMONS Issued as to ADTRAN, Inc. (gsg) (Entered: 03/21/2012) |
| 03/28/2012 | Ï 5 | NOTICE of Attorney Appearance by Daymon Jeffrey Rambin on behalf of Klausner Technologies, Inc. (Rambin, Daymon) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 6 | NOTICE of Attorney Appearance by Pierre R Yanney on behalf of Klausner Technologies, Inc. (Yanney, Pierre) (Entered: 03/28/2012) |
| 03/28/2012 | Ï 7 | NOTICE of Attorney Appearance by Elizabeth L DeRieux on behalf of Klausner Technologies, Inc. (DeRieux, Elizabeth) (Entered: 03/28/2012) |
| 03/29/2012 | Ï 8 | NOTICE of Attorney Appearance by William Joseph Seymour on behalf of Klausner Technologies, Inc. (Seymour, William) (Entered: 03/29/2012) |
| 04/13/2012 | Ï 9 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Klausner Technologies, Inc..( Capshaw, Sidney) (Entered: 04/13/2012) |
| 04/16/2012 | Ï | Defendant's Unopposed First Application for Extension of Time to Answer Complaint 9 is granted pursuant to Local Rule CV–12 for ADTRAN, Inc. to 5/16/2012. 30 Days Granted for Deadline Extension. (Filed by pltf on behalf of deft.)( mll, ) Modified on 4/16/2012 (mll, ). (Entered: 04/16/2012) |
| 05/16/2012 | Ï 10 | MOTION Motion to Transfer by ADTRAN, Inc.. (Attachments: <br># 1 Exhibit A, <br># 2 Exhibit B, <br># 3 Exhibit C, <br># 4 Exhibit D, <br># 5 Exhibit E, <br># 6 Text of Proposed Order)(Carroll, Otis) (Entered: 05/16/2012) |
| 05/16/2012 | Ï 11 | MOTION for More Definite Statement by ADTRAN, Inc.. (Attachments: <br># 1 Text of Proposed Order)(Carroll, Otis) (Entered: 05/16/2012) |
| 05/16/2012 | Ï 12 | NOTICE of Attorney Appearance by Deborah J Race on behalf of ADTRAN, Inc. (Race, Deborah) (Entered: 05/16/2012) |
| 05/17/2012 | Ï 13 | APPLICATION (APPROVED) to Appear Pro Hac Vice by Attorney Angela Holt for ADTRAN, Inc.. (pkb, ) (Entered: 05/17/2012) |
| 05/17/2012 | Ï 14 | APPLICATION (APPROVED) to Appear Pro Hac Vice by Attorney Frank M Caprio for ADTRAN, Inc.. (pkb, ) (Entered: 05/17/2012) |
| 05/18/2012 | Ï 15 | CORPORATE DISCLOSURE STATEMENT filed by ADTRAN, Inc. (Carroll, Otis) (Entered: 05/18/2012) |
| 05/24/2012 | Ï 16 | Unopposed MOTION to Substitute Party *Pursuant to Fed. R. Civ. P. 25(c)* by Klausner Technologies, Inc.. (Attachments: |

| | | |
|---|---|---|
| | | # 1 Exhibit A,<br># 2 Affidavit Declaration of Judah Klausner,<br># 3 Text of Proposed Order)(Yanney, Pierre) (Entered: 05/24/2012) |
| 06/04/2012 | Ï 17 | RESPONSE in Opposition re 11 MOTION for More Definite Statement *filed by Klausner Technologies, Inc.*. (Attachments:<br># 1 Text of Proposed Order)(Capshaw, Sidney) (Entered: 06/04/2012) |
| 06/04/2012 | Ï 18 | RESPONSE in Opposition re 10 MOTION Motion to Transfer *filed by Klausner Technologies, Inc.*. (Attachments:<br># 1 Affidavit Seymour,<br># 2 Exhibit A – Corporate Overview,<br># 3 Exhibit B – Quick Reference Guide,<br># 4 Exhibit C – Business Communications Solutions,<br># 5 Exhibit D – Telecom Corridor,<br># 6 Text of Proposed Order)(Capshaw, Sidney) (Entered: 06/04/2012) |
| 06/06/2012 | Ï 19 | ORDER granting 16 Motion to Substitute Party. IPVX Patent Holdings, Inc. shall be substituted for Klausner Technologies, Inc. for all purposes of this litigation, including as named plaintiff. Signed by Judge Leonard Davis on 06/06/12. cc:attys 6−06−12 (mll, ) (Entered: 06/06/2012) |
| 06/06/2012 | Ï | Plaintiff IPVX Patent Holdings Inc SUBSTITUTED for Klausner Technologies Inc per 19 Order. (mll, ) (Entered: 06/06/2012) |
| 06/15/2012 | Ï 20 | REPLY to Response to Motion re 11 MOTION for More Definite Statement *filed by ADTRAN, Inc.*. (Carroll, Otis) (Entered: 06/15/2012) |
| 06/15/2012 | Ï 21 | REPLY to Response to Motion re 10 MOTION Motion to Transfer *filed by ADTRAN, Inc.*. (Attachments:<br># 1 Matthews Declaration)(Carroll, Otis) (Entered: 06/15/2012) |
| 09/14/2012 | Ï 22 | Unopposed MOTION to Withdraw as Attorney *of William J. Seymour* by IPVX Patent Holdings, Inc.. (Attachments:<br># 1 Text of Proposed Order)(Yanney, Pierre) (Entered: 09/14/2012) |
| 09/17/2012 | Ï 23 | ORDER granting 22 Motion to Withdraw as Attorney. Attorney William Joseph Seymour terminated. Signed by Judge Leonard Davis on 09/17/12. cc:attys 9−17−12 (mll, ) (Entered: 09/17/2012) |
| 10/11/2012 | Ï 24 | CORPORATE DISCLOSURE STATEMENT filed by IPVX Patent Holdings, Inc. (Yanney, Pierre) (Entered: 10/11/2012) |
| 10/19/2012 | Ï 25 | NOTICE by IPVX Patent Holdings, Inc. *OF READINESS FOR SCHEDULING CONFERENCE* (Yanney, Pierre) (Entered: 10/19/2012) |
| 10/23/2012 | Ï 26 | STATUS CONFERENCE AND CONSOLIDATION ORDER. This civil action is CONSOLIDATED for pretrial issues only, with the exception of venue. **The earliest filed civil action 6:11cv480 shall serve as the Lead Case for consolidated issues.** The Clerk of the Court shall add the consolidated defendants to the Lead Case, as well as Lead and Local Counsel only. Any other counsel who wishes to appear in the lead case shall file a notice of appearance in that case. The individual cases will remain active for venue motions and trial. All motions, other than venue motions, shall be filed in the consolidated lead case. Parties shall submit a single Docket Control, Discovery, ESI, and Protective Order, and each of the respective orders shall be filed in the Lead Case. All parties to the consolidated case are ordered to meet−and−confer following the upcoming 11−14−2012 status conference to discuss the entry of uniform docket control, protective and discovery orders, which will govern the consolidated case. **Status Conference set for 11/14/2012 11:30 AM before Judge Leonard Davis.** Signed by Judge Leonard Davis on |

| | | |
|---|---|---|
| | | 10/23/12. cc:attys 10–25–12(mll, ) (Entered: 10/25/2012) |
| 10/23/2012 | Ï | **This Civil Action is CONSOLIDATED with cause 6:11cv480, which is designated as the Lead Case. All future pleadings, except for venue motions, should be filed in the Lead Case.** (mll, ) (Entered: 10/25/2012) |
| 03/20/2013 | Ï 27 | ORDER granting 11 Motion for More Definite Statement. The Court ORDERS IPVX to file an amended complaint within the next fourteen days. Signed by Judge Leonard Davis on 03/20/13. cc:attys 3–20–13 (mll, ) (Entered: 03/20/2013) |
| 03/21/2013 | Ï 28 | ORDER granting 10 Motion to Transfer. This case shall be transferred to the US District Court for the Northern District of Alabama. Signed by Judge Leonard Davis on 03/21/13. cc:attys 3–21–13 (mll, ) (Entered: 03/21/2013) |
| 03/21/2013 | Ï | **This civil action will be transferred to the Northern District of Alabama on or after 4–10–2013, per Local Rule CV–83.** (mll, ) (Entered: 03/21/2013) |
| 04/03/2013 | Ï 29 | AMENDED COMPLAINT against ADTRAN, Inc., filed by IPVX Patent Holdings, Inc.. (Attachments: # 1 Exhibit A – '576 Patent, # 2 Exhibit B – Web Portal, # 3 Exhibit C – Subject Header)(Capshaw, Sidney) (Entered: 04/03/2013) |
| 04/03/2013 | Ï 30 | DEMAND for Trial by Jury by IPVX Patent Holdings, Inc.. (Capshaw, Sidney) (Entered: 04/03/2013) |
| 04/09/2013 | Ï 31 | Unopposed MOTION to Withdraw as Attorney by IPVX Patent Holdings, Inc.. (Attachments: # 1 Text of Proposed Order)(DeRieux, Elizabeth) (Entered: 04/09/2013) |
| 04/10/2013 | Ï 32 | ORDER granting 31 Motion to Withdraw as Attorney. Attorney Daymon Jeffrey Rambin; Sidney Calvin Capshaw, III and Elizabeth L DeRieux terminated. Signed by Judge Leonard Davis on 04/10/13. (mll, ) (Entered: 04/10/2013) |
| 04/11/2013 | Ï | Interdistrict transfer to the Northern District of Alabama. (mll, ) (Entered: 04/11/2013) |