# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **IPVX PATENT HOLDINGS, INC.,** | } |
| Plaintiff, | } |
| v. | }  Case No.: 5:13-cv-00706-RDP |
| **ADTRAN, INC.,** | } |
| Defendant. | } |

## ORDER OF DISMISSAL

This matter is before the court on the Agreed Motion to Dismiss with Prejudice filed by Plaintiff IPVX Patent Holdings, Inc. ("IPVX") and Defendant ADTRAN, Inc. ("ADTRAN"). (Doc. # 62)  The Agreed Motion (Doc. # 62) is **GRANTED**.  It is hereby **ORDERED** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this August 26, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE